# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHICK,<br><br>            Plaintiff,<br><br>   vs.<br><br>B. A. LACEY, et al.,<br><br>            Defendants. | )  1:11cv01447 DLB PC<br>)<br>)  ORDER GRANTING PLAINTIFF'S<br>)  MOTION FOR SERVICE DOCUMENTS<br>)  (Document 11)<br>)<br>)  ORDER GRANTING PLAINTIFF AN<br>)  EXTENSION OF TIME<br>)<br>) |

Plaintiff Wayne Chick ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on August 29, 2011. Pursuant to Court order dismissing the complaint with leave to amend, Plaintiff filed a First Amended Complaint ("FAC") on October 9, 2012. Pursuant to the Court's April 22, 2013, order, the Court found cognizable claims against Defendants Lacey and Wattle. Plaintiff was sent service documents and instructed to return them within thirty (30) days.

On May 13, 2013, Plaintiff filed a Notice of Change of Address. In the filing, he states that there was a delay in his receipt of the April 22, 2013, order. He also states that although he needed two USM-285 forms, only one was included in the packet from the Court.

1

It appears that the Court inadvertently erred in ordering that Plaintiff be sent only one USM-285 form.

Accordingly, IT IS ORDERED that:

1.      Plaintiff's request for additional service documents is GRANTED;

2.      The Clerk of SHALL send Plaintiff two (2) USM-285 forms and two (2) summons; and

3.      Plaintiff's time to comply with the April 22, 2013, order is extended to thirty (30) days from the date of service of this order.

The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

   Dated:    **May 15, 2013**                            /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE

2