# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHICK,<br><br>           Plaintiff,<br><br>      v.<br><br>B. A. LACEY, et al.,<br><br>           Defendants. | 1:11cv01447 DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Wayne Chick, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendant(s) have now appeared in the action. Therefore, Defendant(s) shall notify the Court within thirty (30) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

   Dated:   **February 13, 2014**               /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1