# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHICK,<br><br>    Plaintiff,<br><br>vs.<br><br>B. A. LACEY, et al.,<br><br>    Defendants. | 1:11cv01447 DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>(Documents 27, 33) |

    Plaintiff Wayne Chick ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action filed on August 29, 2011.

    On February 27, 2014, the Court provided Defendant Wattle with an opportunity to respond to the United States Marshal's request for reimbursement for personal service.

    Defendant Wattle provided a response on March 27, 2014. Having reviewed the response, the Court finds that Defendant Wattle has demonstrated good cause for failing to return the waiver. According to the declarations submitted in support of the response, the Litigation Coordinator at Sierra Conservation Center received a mailing from the Marshal that included service documents for Defendant Lacey only. Von Savoye Decl. ¶ 2. In an effort to avoid personal service, on October 14, 2013, an assistant to Defendant's counsel emailed a

representative from the Marshal's office to confirm whether or not a service package was sent as to Defendant Wattle. Brodbeck Decl. ¶ 2. The Marshal did not respond to the inquiry and assigned personal service on January 9, 2014.

It therefore appears that Defendant Wattle did not receive the service packet. Moreover, the Marshal moved forward with personal service despite an earlier attempt on behalf of Defendant Wattle to remedy the situation. The Court finds that demonstrates good cause for failing to return the waiver under Rule 4(d)(2)(A).

Accordingly, the Court DISCHARGES the order to show cause and DENIES the United States Marshal's request for reimbursement.

IT IS SO ORDERED.

Dated:   **April 1, 2014**                         /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE