# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHICK,<br><br>            Plaintiff,<br><br>    v.<br><br>B. A. LACEY, et al.,<br><br>            Defendants. | Case No. 1:11-cv-01447 LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT LACEY'S MOTION TO DISMISS<br>(Document 38)<br><br>ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND<br><br>ORDER DENYING DEFENDANT WATTLE'S MOTION TO DISMISS AS MOOT<br>(Document 29)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS |

Plaintiff Wayne Chick ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's First Amended Complaint, filed on October 9, 2012, against Defendants Lacey and Wattle for violation of the Eighth Amendment and intentional infliction of emotional distress.

On October 14, 2013, Defendant Lacey filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2014, the Magistrate Judge issued Findings and Recommendations that Defendant Lacey's motion be granted and that Plaintiff's First Amended Complaint be dismissed with leave to amend.  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 10, 2014, are ADOPTED in full;
2. Defendant Lacey's Motion to Dismiss (Document 18) is GRANTED;
3. Plaintiff's First Amended Complaint is DISMISSED WITH LEAVE TO AMEND;
4. Plaintiff must FILE an amended complaint within thirty days of the date of service of this order; and
5. Defendant Wattle's Motion to Dismiss (Document 29), which is based on the same arguments, is DENIED AS MOOT in light of the dismissal of Plaintiff's First Amended Complaint with leave to amend.

<u>Failure to comply with this order will result in a recommendation that this action be dismissed.</u>
IT IS SO ORDERED.

Dated:  **May 27, 2014**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

2